UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIP BRANSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TRINITY COUNTY SHERIFF DEPT.,<br>et al.,<br><br>　　　　Defendants. | Case No. 19-04332 EJD (PR)<br><br>**ORDER OF TRANSER** |

Plaintiff, a state prisoner, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 against the Trinity County Sheriff's Department based on events that took place at the Trinity County Sheriff Detention Facility, where he was formerly incarcerated.[1] (Docket No. 1 at 2-3.) Because the acts complained of occurred in Trinity County, which lies within the venue of the Eastern District of California, see 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

---

[1] This matter was reassigned to this Court on September 5, 2019, after Plaintiff declined magistrate judge jurisdiction. (Docket Nos. 6, 10.)

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

**Dated:** 11/22/2019

EDWARD J. DAVILA
United States District Judge